FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:21 pm, Apr 11, 2025
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. *1:25cv00717-RTG*
(To be supplied by the court)

*Stephen Theodore Gladstone*, Plaintiff

v.

*Summit County, Colorado, et. al.*,

*Town of Breckenridge, Colorado*,

*Town of Frisco, Colorado*,

*"see attached"*, Defendant(s).

**Jury Trial requested:**
**(please check one)**
X **Yes** ___ **No**

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Stephen Theodore Gladstone P.O. Box 6693 Breckenridge, CO 80424
(Name and complete mailing address)

(562) 716-0733 STGladstone@msn.com
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Summit County, Colorado P.O. Box 168 Breckenridge, CO 80424
(Name and complete mailing address)
(970) 453-2561 Jeffrey.Huntley@summitcountyco.gov
(Telephone number and e-mail address if known)

Defendant 2: Town of Breckenridge P.O .Box 168 Breckenridge, CO 80424
(Name and complete mailing address)
(970) 547-3117 peytonr@townofbreckenridge.com
(Telephone number and e-mail address if known)

Defendant 3: Town of Frisco, Colorado P.O. Box 4100 Frisco, CO 80443
(Name and complete mailing address)
970-668-5276 info@TownofFrisco.com
(Telephone number and e-mail address if known)

Defendant 4: See Attached "B. DEFENDANTS INFORMATION"
(Name and complete mailing address)

(Telephone number and e-mail address if known)

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

_X_ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

*42 U.S.C. §§ 1983, 1985(2)-(3), 1986; First, Fourth, Fifth, and Fourteenth Amendments; 28 U.S.C. §§ 1331, 1343, 1367, 2201, 2202; Dodd-Frank Act, 15 U.S.C. § 78u-6; SOX; 18 U.S.C. § 1519; DPPA (2020); Brady v. Maryland (1963); Monell v. Dept. of Soc. Servs (1978); RICO, 18 U.S.C. §§ 1961–1968; Title IX; Title VI; 20 U.S.C. § 1681; C.R.S. § 13-21-131 (SB20-217); IIED; Whistleblower Protection Act.*

*Federal jurisdiction is warranted under RICO based on predicate acts and SEC investigation.*

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ____________________________.

If Defendant 1 is an individual, Defendant 1 is a citizen of __________________________.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ________________________ (name of state or foreign nation).

Defendant 1 has its principal place of business in ______________________ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: *CLAIM 1: Violation of Civil Rights through Racketeering Activity 18 U.S.C. §§ 1961–1964; 42 U.S.C. § 1983*

Supporting facts:

*Plaintiff Stephen Theodore Gladstone alleges that from 2010 to present, law enforcement, judicial officials, and state-funded professionals retaliated against him for whistleblowing on child trafficking, financial fraud, and COVID-19 misconduct. Key incidents include: A) Digital Intrusion: DA Cisera unlawfully accessed Plaintiff's securites computer. B) Retaliatory SWAT Raid: On May 9, 2022 without probable cause. C) Psychological manipulation by therapists including Landrum, Taylor, McCoy and Mahler to undermine father son relationship. D) Judicial Misconduct: Judges Romeo and Owens obstructed justice and suppressed evidence. E) Repeated harassment by SMART F) Denial of Access to Courts G) Failure to investigate life-threatening attacks and assult. H) Fraternal Order of Poilice discrimination. I) Religious persicution J) Atempted murders K) Defamation L) Loss of parental rights M) Real-Estate fraud N) Maonisc Harassment. Plaintiff asserts these actions violated his constitutional rights and constitute racketeering under RICO 8 U.S.C. § 1961–1964. FOR MORE DETAILS ON CLAIM 1 SEE ATTACHED "D. STATEMENT OF CLIAMS"*

*For Additional Claims 1 thru 14 and supporting facts, please refer to the attached 'D. STATEMENT OF CLAIMS,' which outlines the following claims:*

*CLAIM 1: Violation of Civil Rights through Racketeering Activity*
*CLAIM 2: Conspiracy to Interfere with Civil Rights and Equal Protection*
*CLAIM 3: Retaliation, Judicial Obstruction, and Denial of a Fair Tribunal*
*CLAIM 4: Religious Discrimination and Ideological Targeting*
*CLAIM 5: Monell Liability – Unconstitutional Policies, Customs, and Failures*
*CLAIM 6: Fraud, Perjury, and Misconduct by Officials and Providers*
*CLAIM 7: Fraud on the Court, Evidence Suppression, and Obstruction of Justice*
*CLAIM 8: Defamation, Libel, and Coordinated Smear Campaign*
*CLAIM 9: Retaliatory Use of Therapy and Mental Health Manipulation*
*CLAIM 10: Intentional Infliction of Emotional Distress (IIED)*
*CLAIM 11: State-Enabled Child Abuse, Negligence, and Exploitation*
*CLAIM 12: Parental Rights Interference and Obstruction of Court Orders*
*CLAIM 13: Property Fraud and Unjust Enrichment*
*CLAIM 14: Federal Securities Violations*

*For further details, please refer to the attached "D. STATEMENT OF CLAIMS."*

**E. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

*A. Declaratory Relief: Declaration that Defendants violated Plaintiff's constitutional and statutory rights through retaliation, discrimination, fraud, suppression of evidence, and abuse of process under color of law.*
*B. Injunctive Relief: Immediate restoration of parenting time and a permanent injunction against further judicial, therapeutic, or institutional interference. Transfer of custody and property matters to a neutral venue; federal oversight for systemic misconduct.*
*C. Damages: Compensatory damages not less than $22,000,000 and punitive damages not less than $10,000,000 for emotional, financial, parental, and reputational harm.*
*D. Additional Remedies: Property protection, structural reforms, protective orders, and recovery of attorney's fees, costs and lost productivity under 42 U.S.C. § 1988.*
*E. Other Relief: Any equitable or legal remedy necessary to protect Plaintiff's rights, the child's safety, and the public interest in constitutional justice and accountability.*
*(See attached page titled "E. REQUEST FOR RELIEF" for expanded statement.)*

**F. PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Stephen Gladstone
_______________________________
(Plaintiff's signature)

*April 11th, 2025*
_______________________________
(Date)

# "*see attached*", Defendant(s) (1:25cv00717- RTG)

1. **Defendant 1:** Summit County, Colorado
2. **Defendant 2:** Town of Breckenridge, Colorado
3. **Defendant 3:** Town of Frisco, Colorado
4. **Defendant 4:** Karen Ann Romeo
5. **Defendant 5:** Reed Owens
6. **Defendant 6:** Heidi Hershberger
7. **Defendant 7:** Jamie Fitzsimmons
8. **Defendant 8:** Michael Shilling
9. **Defendant 9:** Joseph Scalise
10. **Defendant 10:** Taylor Bohlender
11. **Defendant 11:** Thad Hall
12. **Defendant 12:** Daric Gutzwiller
13. **Defendant 13:** Andrew Brottman
14. **Defendant 14:** Justin Pilodori
15. **Defendant 15:** David Spencer
16. **Defendant 16:** Jim Baird
17. **Defendant 17:** Mathew Cullver
18. **Defendant 18:** Micole Sloan
19. **Defendant 19:** Skyla Atkins
20. **Defendant 20:** Chris Dearth
21. **Defendant 21:** Carlos Chavez
22. **Defendant 22:** Tom Wickman
23. **Defendant 23:** Brandon Vail
24. **Defendant 24:** Adam Bianchi
25. **Defendant 25:** Jen Shimp
26. **Defendant 26:** Tom Hogeman
27. **Defendant 27:** Bruce Brown
28. **Defendant 28:** Lisa Hunt

29. **Defendant 29:** Stephanie Cava
30. **Defendant 30:** Heidi McCollum
31. **Defendant 31:** Lauren Crisera
32. **Defendant 32:** Steve Potts
33. **Defendant 33:** Jay Nelson
34. **Defendant 34:** Kristin Tarrin
35. **Defendant 35:** Ashleigh Beck
36. **Defendant 36:** Sullee Rabin
37. **Defendant 37:** Shannon Wehner
38. **Defendant 38:** John Canada
39. **Defendant 39:** Ann-Mari Westerhoff
40. **Defendant 40:** Susan Walace-Seman
41. **Defendant 41:** Britton Fossett
42. **Defendant 42:** Megan Lachance (Parocha)
43. **Defendant 43:** Leah Knickerhem
44. **Defendant 44:** Sarah Butterworth
45. **Defendant 45:** Jessica Rockfeller
46. **Defendant 46:** Leslie Breisch - Data Engineering
47. **Defendant 47:** Kellyn Ender - Building Hope
48. **Defendant 48:** Mile High Behavior Health Care
49. **Defendant 49:** Jessica Courtney
50. **Defendant 50:** Ciara McCoy
51. **Defendant 51:** Gemma Taylor
52. **Defendant 52:** Laura Landrum
53. **Defendant 53:** Jeffrey Mahler
54. **Defendant 54:** Thomas Losacco
55. **Defendant 55:** Todd Davis
56. **Defendant 56:** Ellice Goldberg
57. **Defendant 57:** Mike Atkinson