# "*see attached*", Defendant(s) (1:25cv00717- RTG)

1. **Defendant 1:** Summit County, Colorado
2. **Defendant 2:** Town of Breckenridge, Colorado
3. **Defendant 3:** Town of Frisco, Colorado
4. **Defendant 4:** Karen Ann Romeo
5. **Defendant 5:** Reed Owens
6. **Defendant 6:** Heidi Hershberger
7. **Defendant 7:** Jamie Fitzsimmons
8. **Defendant 8:** Michael Shilling
9. **Defendant 9:** Joseph Scalise
10. **Defendant 10:** Taylor Bohlender
11. **Defendant 11:** Thad Hall
12. **Defendant 12:** Daric Gutzwiller
13. **Defendant 13:** Andrew Brottman
14. **Defendant 14:** Justin Pilodori
15. **Defendant 15:** David Spencer
16. **Defendant 16:** Jim Baird
17. **Defendant 17:** Mathew Cullver
18. **Defendant 18:** Micole Sloan
19. **Defendant 19:** Skyla Atkins
20. **Defendant 20:** Chris Dearth
21. **Defendant 21:** Carlos Chavez
22. **Defendant 22:** Tom Wickman
23. **Defendant 23:** Brandon Vail
24. **Defendant 24:** Adam Bianchi
25. **Defendant 25:** Jen Shimp
26. **Defendant 26:** Tom Hogeman
27. **Defendant 27:** Bruce Brown
28. **Defendant 28:** Lisa Hunt

29. **Defendant 29:** Stephanie Cava
30. **Defendant 30:** Heidi McCollum
31. **Defendant 31:** Lauren Crisera
32. **Defendant 32:** Steve Potts
33. **Defendant 33:** Jay Nelson
34. **Defendant 34:** Kristin Tarrin
35. **Defendant 35:** Ashleigh Beck
36. **Defendant 36:** Sullee Rabin
37. **Defendant 37:** Shannon Wehner
38. **Defendant 38:** John Canada
39. **Defendant 39:** Ann-Mari Westerhoff
40. **Defendant 40:** Susan Walace-Seman
41. **Defendant 41:** Britton Fossett
42. **Defendant 42:** Megan Lachance (Parocha)
43. **Defendant 43:** Leah Knickerhem
44. **Defendant 44:** Sarah Butterworth
45. **Defendant 45:** Jessica Rockfeller
46. **Defendant 46:** Leslie Breisch - Data Engineering
47. **Defendant 47:** Kellyn Ender - Building Hope
48. **Defendant 48:** Mile High Behavior Health Care
49. **Defendant 49:** Jessica Courtney
50. **Defendant 50:** Ciara McCoy
51. **Defendant 51:** Gemma Taylor
52. **Defendant 52:** Laura Landrum
53. **Defendant 53:** Jeffrey Mahler
54. **Defendant 54:** Thomas Losacco
55. **Defendant 55:** Todd Davis
56. **Defendant 56:** Ellice Goldberg
57. **Defendant 57:** Mike Atkinson